USDC Nos. 4:03–CV–1344, 4:03–CV–
1343, 4:03–CV–1342, 4:03–CV–
1341, 4:03–CV–1340.

United States Court of Appeals,
Fifth Circuit.

Decided April 8, 2005.

George McCall Secrest, Jr., Bennett &
Secrest, Houston, TX, for Petitioner–Appellant.

Michael Robert Hull, Assistant County
Attorney, Linda Susan Gibson, Houston,
TX, for Respondent–Appellee.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

PER CURIAM: *

The appellants in this case appeal from the dismissal of their 28 U.S.C. § 2241 petitions. A certificate of appealability ("COA") is required to appeal "the final order in a habeas corpus proceeding in which the detention complained of arises out of process issued by a State court." 28 U.S.C. § 2253(c)(1)(A). Because the appellants are seeking release from the pending state criminal proceedings against them, a COA is required before they can proceed on appeal. *Stringer v. Williams,* 161 F.3d 259, 261–262 (5th Cir.1998).

The district court must make the initial determination whether a COA should issue. *Muniz v. Johnson,* 114 F.3d 43, 45 (5th Cir.1997). Accordingly, the case is REMANDED to the district court for the limited purpose of the district court's issuance of a COA ruling. Once the district court has issued its ruling, this court will consider the case.

UNITED STATES of America,
Plaintiff–Appellee

v.

Omar Alejandro CHAVEZ–TORRES,
Defendant–Appellant.

No. 04–51267.

United States Court of Appeals,
Fifth Circuit.

Decided April 8, 2005.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Donna F. Coltharp, Federal Public Defender's Office, San Antonio, TX, for Defendant–Appellant.

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that the Appellee's unopposed motion to vacate the sentence is granted.

IT IS FURTHER ORDERED that the Appellee's unopposed motion to remand the case to the United States District Court for the Western District of Texas, El Paso Division for resentencing in light of the Supreme Court's recent opinion in *USA v. Booker* and this Court's opinion in *USA v. Mares* is granted.

IT IS FURTHER ORDERED that the Appellee's unopposed alternative motion to extend time to file Appellee's brief fourteen (14) days from the court's denial of the Appellee's motion to vacate and motion to remand is denied as unnecessary.

* Pursuant to 5th Cir. R. 47.5 the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.